CLINTON J. BURROUGHS v. H. D. MORRISON AND J. M. McMANUS, PARTNERS, TRADING AS MOR-MAC MOTOR COURT, AND RULANE GAS COMPANY, A CORPORATION.

(Filed 19 May, 1954.)

APPEAL by defendant Rulane Gas Company from *Hubbard, Special Judge,* November Extra Civil Term, 1953, of MECKLENBURG.

This is a civil action instituted by the plaintiff to recover for personal injuries sustained from the inhalation of monoxide poisoning while a guest of the Mor-Mac Motor Court.

The allegations against the appellant, with respect to its negligence, are identical with those set out and discussed in the case of *Caldwell, Admr., v. Morrison, et al.,* decided herewith.

The appellant demurred to the complaint on the same grounds set out in the above case. The demurrer was likewise overruled and it appeals, assigning error.

*Bell, Horn, Bradley & Gebhardt for plaintiff, appellee.*
*Covington & Lobdell for defendant, appellant.*

PER CURIAM. The ruling of the court below is reversed for the reasons set out in the opinion in *Caldwell, Admr., v. Morrison, et al., ante,* 324.

Reversed.

STATE v. JOE C. HINES
and
STATE v. DORA McPHAUL.

(Filed 19 May, 1954.)

APPEAL by defendants from *Clifton L. Moore, J.,* and a jury, at January-February Criminal Term, 1954, of ROBESON.

Criminal prosecutions commenced by two warrants issued out of the Robeson County Recorder's Court, St. Paul's District, charging each defendant with possession of nontax-paid whiskey for the purpose of sale. From convictions and judgments in the Recorder's Court, the defendants appealed to the Superior Court, where, after consolidation of the cases for the purpose of trial, they were tried *de novo* upon the warrants.